158 A.3d 574

RUPERT E. BAPTISTE, PLAINTIFF–PETITIONER, v.
NEELY MOKED, DEFENDANT–RESPONDENT.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004104–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.